■ CHASCO COMPANY et al., Appellants, v J. B. EURELL Co., Defendant and Third-Party Plaintiff. PIKEWAY, INC., et al., Third-Party Defendants; KUTTZ STEEL CORP., Respondent. — Appeal from an order of the Supreme Court, Nassau County (Brucia, J.), dated November 9, 1983, dismissed. Said order superseded by an order of the same court entered January 18, 1984, upon reargument.

Order entered January 18, 1984, affirmed insofar as appealed from. No opinion.

The respondent is awarded one bill of costs. Mollen, P. J., Weinstein, Rubin and Eiber, JJ., concur.